**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Mid−America Carpenters Regional Council Pension Fund, et al.

Plaintiff,

v.

Case No.: 1:26−cv−06114
Honorable Mary M. Rowland

Allen Prestwood Concrete Construction, Inc.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Thursday, July 16, 2026:

MINUTE entry before the Honorable Mary M. Rowland: Plaintiffs' motion for default judgment [9] is granted as follows: Pursuant to Rule 55(a), Defendant is found in default. Plaintiffs are to send a copy of this order to Defendant via first class mail. The Court will vacate this order if Defendant files a motion to vacate by 8/13/26. Plaintiff is to file a status report or a motion for default judgment 8/26/26. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.