**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: MID AMERICA CARPENTERS REGIONAL COUNCIL

Case Number: 26 cv 6114

An appearance is hereby filed by the undersigned as attorney for:
ALLEN PRESTWOOD CONCRETE CONSTRUCTION, INC.

Attorney name (type or print): TODD A. MILLER

Firm: ALLOCCO, MILLER & CAHILL, PC

Street address: 20 N WACKER DRIVE, SUITE 3517

City/State/Zip: CHICAGO, IL 60606

Bar ID Number: 6216561
(See item 3 in instructions)

Telephone Number: 312-675-4325

Email Address: tam@alloccomiller.com

Are you acting as lead counsel in this case? ☑ Yes ☐ No

Are you a member of the court's general bar? ☑ Yes ☐ No

Are you a member of the court's trial bar? ☑ Yes ☐ No

Are you appearing *pro hac vice*? ☐ Yes ☐ No

If this case reaches trial, will you act as the trial attorney? ☑ Yes ☐ No

If this is a criminal case, check your status.

☐ Retained Counsel

☐ Appointed Counsel
If appointed counsel, are you a

☐ Federal Defender

☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on SEPTEMBER 12, 2026

Attorney signature: S/ TODD A MILLER
(Use electronic signature if the appearance form is filed electronically.)