**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MID-AMERICA CARPENTERS REGIONAL COUNCIL PENSION FUND et al, | ) | CIVIL ACTION |
| *Plaintiffs,* | ) | Case No. 26-cv-6114 |
| v. | ) | Judge Mary M. Rowland |
| ALLEN PRESTWOOD CONCRETE CONSTRUCTION, INC. | ) | |
| *Defendant.* | ) | |

**DEFENDANT'S UNOPPOSED MOTION TO VACATE DEFAULT ORDER AND FOR LEAVE TO FILE ANSWER TO PLAINTIFFS' COMPLAINT**

NOW COMES Defendant, ALLEN PRESTWOOD CONCRETE CONSTRUCTION, INC., by and through its undersigned Counsel, Allocco, Miller & Cahill, P.C., and pursuant to Fed.R.Civ.P. Rule 55(c), hereby moves this Honorable Court to vacate the Default Order entered on July 16, 2026, and for leave to file its Answer to Plaintiffs' Complaint within seven (7) days. In support of this unopposed motion, Defendant states as follows:

1. On May 26, 2026, Plaintiffs filed their Complaint against Defendant under Sections 502 of the Employment Retirement Income Security Act and Section 301 of the Taft-Harley Act. (29 U.S.C. §§1132 and 185) seeking contributions revealed in an audit of Defendant's books and records.

2. Plaintiffs allege Defendant ALLEN PRESTWOOD CONCRETE CONSTRUCTION, INC., violated the terms of the collective bargaining agreement to which it is bound by failing to make the proper contributions.

3. On June 10, 2026, Defendant ALLEN PRESTWOOD CONCRETE CONSTRUCTION, INC., was served with Plaintiffs' Complaint. (Dkt. Entry 6).

4. On July 16, 2026, this Court entered an order stating: "The Court will vacate this order if Defendant files a motion to vacate by 8/13/20."

5. On September 11, 2026, Defendant retained the undersigned Counsel to represent it in this matter and on September 12, 2026, Todd A. Miller and Kathleen M. Cahill of Allocco, Miller & Cahill, P.C. filed their Appearances on behalf of Defendant.

6. Federal Rule of Civil Procedure 55(c) provides that "for good cause shown, the court may set aside an entry of default..." Fed.R.Civ.P. 55(c). "In order to vacate an entry of default the moving party must show: (1) good cause for default (2) quick action to correct it and (3) meritorious defense to plaintiffs' complaint." *Pretzel & Stouffer, Chartered v. Imperial Adjusters, Inc.,* 28 F.3d 42, 45 (7th Cir. 1994).

7. Good cause exists to vacate the entry of default because Defendant ALLEN PRESTWOOD CONCRETE CONSTRUCTION, INC., has a meritorious defense to Plaintiffs' claims, including that the audit upon which Plaintiffs' claims are based is inaccurate. Defendant also encountered challenges engaging competent counsel to represent it in this matter. Once counsel was retained, Defendant acted promptly and filed this Motion to Vacate the Entry of Default.

8. No prejudice shall result from granting this motion because Plaintiff's counsel has indicated that Plaintiffs do not oppose Defendants Motion to Vacate Default Order and Leave to File Answer to Plaintiffs' Complaint.

9. The test for setting aside a default is more liberally applied when dealing with an entry of default prior to entry of default judgment. *See Pretzel,* 28 F.3d at 44-45 (citations omitted). Moreover, there exists a strong public policy that favors the resolution of disputes on the merits. *See, e.g., Passarella v. Hilton Int'l Co.,* 810 F.2d 674, 675 (7th Cir. 1987) (citations omitted).

10. For all of the foregoing reasons, Defendant respectfully request that this Court vacate the Default Order dated July 16, 2026, and grant Defendant leave to file its Answer to Plaintiffs' Complaint within seven (7) days.

WHEREFORE, Defendant ALLEN PRESTWOOD CONCRETE CONSTRUCTION, INC., respectfully requests this Court vacate the Default Order entered on July 16, 2026, and grant Defendant leave to file its Answer to Plaintiffs' Complaint within seven (7) days, and for such other relief the Court deems just and reasonable under the circumstances.

Dated: September 12, 2026

Respectfully submitted,

ALLEN PRESTWOOD CONCRETE
CONSTRUCTION, INC.

By: /s/ Todd A. Miller
Attorney for Defendant

Todd A. Miller (ARDC #6216561)
Kathleen M. Cahill (ARDC #6269486)
**Allocco, Miller, & Cahill P.C.**
*Attorney for Defendant*
20 North Wacker Drive, Suite 3517
Chicago, IL 60606
Telephone: (312) 675-4325
Fax: (312) 675-4326
tam@alloccomiller.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on today's date, **September 12, 2026**, he served a copy of **Defendant's Answer to Plaintiffs' Complaint** via CM/ECF to the Plaintiff's counsel at the email/address below:

Travis J. Ketterman
McGann Ketterman & Rioux
111 East Wacker Drive, Suite 2300
Chicago, Illinois 60601
(312) 251-9700
tketterman@mkrlaborlaw.com

/s/ Todd A. Miller
Attorney for Defendant
**Allocco, Miller, & Cahill P.C.**
20 North Wacker Drive, Suite 3517
Chicago, IL 60606
Telephone: (312) 675-4325
Fax: (312) 675-4326
tam@alloccomiller.com
State Bar no. 6216561