**U.S. District Court for the Northern District Of Illinois**
**Attorney Appearance Form**

Case Title: **Mid-America Carpenters Regional Council Pension Fund et al.**
**v.**
**Allen Prestwood Concrete Construction, Inc.**

Case Number: 26-cv-6114

An appearance is hereby filed by the undersigned as attorney for:
**Defendant, Allen Prestwood Concrete Construction, Inc.**

Attorney name (type or print): **Kathleen M. Cahill**

Firm: **Allocco, Miller & Cahill, P.C.**

Street address: **20 N. Wacker Drive, Suite 3517**

City/State/Zip: **Chicago, IL 60606**

Bar ID Number: **6269486**
(See item 3 in instructions)

Telephone Number: **(312) 675-4325**

Email Address: **kmc@alloccomiller.com**

Are you acting as lead counsel in this case? ☐ Yes ☒ No

Are you a member of the court's general bar? ☐ Yes ☒ No

Are you a member of the court's trial bar? ☐ Yes ☒ No

Are you appearing *pro hac vice*? ☐ Yes ☒ No

If this case reaches trial, will you act as the trial attorney? ☐ Yes ☒ No

If this is a criminal case, check your status.
☐ Retained Counsel
☐ Appointed Counsel
If appointed counsel, are you a
☐ Federal Defender
☐ CJA Panel Attorney

---

In order to appear before this Court an attorney must either be a member in good standing of this Court's general bar or be granted leave to appear *pro hac vice* as provided for by local rules 83.12 through 83.14. I declare under penalty of perjury that the foregoing is true and correct. Under 28 U.S.C.§1746, this statement under perjury has the same force and effect as a sworn statement made under oath.

Executed on 9/14/2026

Attorney signature: S/ Kathleen M. Cahill
(Use electronic signature if the appearance form is filed electronically.)