**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MID-AMERICA CARPENTERS REGIONAL COUNCIL PENSION FUND, MID-AMERICA CARPENTERS REGIONAL COUNCIL HEALTH FUND, MID-AMERICA CARPENTERS REGIONAL COUNCIL SUPPLEMENTAL RETIREMENT FUND AND MID-AMERICA CARPENTERS REGIONAL COUNCIL APPRENTICE AND TRAINEE PROGRAM, | ) | CIVIL ACTION |
| *Plaintiffs,* | ) | Case No. 26-cv-6114 |
| v. | ) | |
| ALLEN PRESTWOOD CONCRETE CONSTRUCTION, INC., | ) | |
| *Defendant*. | ) | |

**DEFENDANT'S ANSWER TO PLAINTIFFS' COMPLAINT**

NOW COMES Defendant, ALLEN PRESTWOOD CONCRETE CONSTRUCTION, INC., by and through its undersigned Counsel, Allocco, Miller & Cahill, P.C., and for its Answer to Plaintiff's Complaint, states as follows:

1. This action arises under Section 502 of the Employee Retirement Income Security Act and Section 301 of the Taft-Hartley Act. (29 U.S.C. §§1132 and 185). Jurisdiction is founded on the existence of questions arising thereunder.

**ANSWER**: Defendant admits the allegations in Paragraph 1.

2. The Mid-America Carpenters Regional Council Pension Fund, the Mid-America Carpenters Regional Council Health Fund, the Mid-America Carpenters Regional Council Supplemental Retirement Fund and the Mid-America Carpenters Regional Council Apprentice and Trainee Program (collectively "Trust Funds") receive contributions from numerous employers pursuant to Collective Bargaining Agreements between the employers and the Mid-America Carpenters Regional Council, ("Union"), and therefore, are multiemployer plans. (29 U.S.C. §1002). The Trust Funds are administered at 12 East Erie, Chicago, Illinois and venue is proper in the Northern District of Illinois.

**ANSWER**: Defendant admits the allegations in Paragraph 2.

3. Allen Prestwood Concrete Construction, Inc. is an employer engaged in an industry affecting commerce that entered into a Collective Bargaining Agreement whose terms require Defendant to pay benefit contributions to the Trust Funds.

**ANSWER**: Defendant admits the allegations in Paragraph 3.

4. The Collective Bargaining Agreement also binds Allen Prestwood Concrete Construction, Inc. to the provisions of the Agreement and Declarations of Trust that created the Trust Funds ("Trust Agreements").

**ANSWER**: Defendant admits the allegations in Paragraph 4.

5. Defendant Allen Prestwood Concrete Construction, Inc. is required to make contributions to the Trust Funds for each hour worked by its carpenter employees at the rate and in the manner specified in the Collective Bargaining Agreements and Trust Agreements. In addition, Allen Prestwood Concrete Construction, Inc. is required to make contributions to the Trust Funds measured by the hours worked by carpentry subcontractors that are not signatory to a Collective Bargaining Agreement with the Union.

**ANSWER**: Defendant admits the allegations in Paragraph 5.

6. Pursuant to the provisions of the Trust Agreements and the Collective Bargaining Agreements, Allen Prestwood Concrete Construction, Inc. is required to provide access to the records necessary for the Trust Funds to determine whether there has been compliance with the obligation to contribute to the Trust Funds.

**ANSWER**: Defendant admits the allegations in Paragraph 6.

7. Allen Prestwood Concrete Construction, Inc. breached the provisions of the Collective Bargaining Agreement by failing to make the proper amount of contributions. An audit of the Defendant's books and records demonstrated that the Defendant owes an additional $177,134.39 in contributions for the period of July 1, 2022 through September 30, 2024.

**ANSWER**: Defendant denies the allegations in Paragraph 7.

8. Plaintiffs have been required to employ the undersigned attorney to compel the production of the documents necessary to determine whether Allen Prestwood Concrete Construction, Inc. made the proper hourly benefit contributions.

**ANSWER**: Defendant denies the allegations in Paragraph 8.

9. Allen Prestwood Concrete Construction, Inc. is obligated to pay the attorney and auditor fees and court costs incurred by the Plaintiffs pursuant to the Collective Bargaining Agreements, the Trust Agreements and 29 U.S.C. §1132(g)(2)(D).

**ANSWER**: Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 9.

10. According to the Collective Bargaining Agreement, the Trust Agreements and 29 U.S.C. §1132(g), Allen Prestwood Concrete Construction, Inc. is obligated to pay any benefit contributions owed to the Trust Funds, as well as liquidated damages and interest.

**ANSWER**: Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 10.

11. Pursuant to 29 U.S.C. §1132(g)(2), Plaintiffs are entitled to an amount equal to the greater of (a) double interest; or (b) interest plus liquidated damages.

**ANSWER**: Defendant lacks knowledge or information sufficient to form a belief as to the truth of the allegations in Paragraph 11.

Dated: September 16, 2026

Respectfully submitted,

**ALLEN PRESTWOOD CONCRETE CONSTRUCTION, INC.,**

By: /s/ Todd A. Miller
Attorney for Defendant

Todd A. Miller (ARDC #6216561)
Kathleen M. Cahill (ARDC #6269486)
**Allocco, Miller, & Cahill P.C.**
*Attorney for Defendant*
20 North Wacker Drive, Suite 3517
Chicago, IL 60606
Telephone: (312) 675-4325
Fax: (312) 675-4326
tam@alloccomiller.com

## CERTIFICATE OF SERVICE

The undersigned hereby certifies that on today's date, **September 16, 2026,** he electronically filed the attached, **Defendant's Answer to Plaintiffs' Complaint**, with the Clerk of the Court using the CM/ECF system which will send notice of such filings to the following:

Attorneys for Plaintiffs:

Travis J. Ketterman
McGann Ketterman & Rioux
111 East Wacker Drive, Suite 2300
Chicago, Illinois 60601
(312) 251-9700
tketterman@mkrlaborlaw.com

/s/ Todd A. Miller

Attorneys for Defendant:

Todd A. Miller (ARDC #6216561)
Kathleen M. Cahill (ARDC #6269486)
**Allocco, Miller, & Cahill P.C.**
*Attorney for Defendant*
20 North Wacker Drive, Suite 3517
Chicago, IL 60606
Telephone: (312) 675-4325
Fax: (312) 675-4326
tam@alloccomiller.com