**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MID-AMERICA CARPENTERS REGIONAL COUNCIL PENSION FUND et al | ) | |
| | ) | CIVIL ACTION |
| Plaintiffs, | ) | Case No. 26 cv 6114 |
| v. | ) | Judge Mary M. Rowland |
| ALLEN PRESTWOOD CONCRETE CONSTRUCTION, INC. | ) | |
| Defendant. | ) | |

**INITIAL STATUS REPORT**

Now come the Plaintiffs, by and through their attorney Travis J. Ketterman of McGann Ketterman & Rioux, and the Defendant, by its attorneys Todd A. Miller and Kathleen M. Cahill of Allocco, Miller & Cahill, P.C., to provide the Initial Status Report.

## I. The Nature of the Case

### A. Identify the attorneys of record for each party, including the lead trial attorney:

Travis J. Ketterman
Lead Trial Attorney for Plaintiffs
McGann Ketterman & Rioux
111 East Wacker Drive, Suite 2300
Chicago, Illinois 60601
312.251.9700
tketterman@mkrlaborlaw.com

Todd A. Miller
Kathleen M. Cahill
Lead Trial Attorneys for Defendant
Allocco, Miller & Cahill, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, IL 60606
312-675-4325
tam@alloccomiller.com
kmc@alloccomiller.com

**B. State the basis for federal jurisdiction.**

The Complaint is premised on Section 502 of the Employee Retirement Income Security Act and Section 301 of the Taft-Hartley Act. (29 U.S.C. §§1132 and 185). Jurisdiction is founded on the existence of federal subject matter jurisdiction.

**C. Describe the nature of the claims asserted in the complaint and any counterclaims.**

The complaint was filed to collect the $177,134.39 in discrepancies identified in the audit of the Defendant's books and records for the period of July 1, 2022 through September 30, 2024.

**D. Describe the relief sought by the plaintiffs.**

The Plaintiffs will seek all contributions that are owed, along with statutory and contractual liquidated damages, interest, auditor fees and attorney fees and costs.

**E. State the major legal and factual issues anticipated in the case.**

The major legal and factual issues are be related to the audit discrepancies.

**F. Status of Service**

The Defendant was served. There are no other parties.

**G. Propose a date by which Plaintiff must amend pleadings and/or add parties:**

November 16, 2026.

**II. Discovery and Pending Motions and Case Plan**

A. The parties are discussing settlement of the auditor's report.

B. The parties propose suspending the discovery plan for 45 days to determine whether the parties can resolve the case.

C. There will not be expert discovery.

D. There are no pending motions.

E. The parties agree to service of pleadings and other papers by electronic means.

**III. Trial**

A. There is no jury demand.

B. The parties wish to defer trial discussions until the exhaustion of settlement, but any trial would last approximately two trial days.

**IV. Status of Settlement Discussions**

A. The parties do not consent to the magistrate judge at this time.

B. On-going settlement discussions are addressing the audit discrepancies.

C. A judicial settlement conference is not requested at this time.

D. The parties suggest a written status report on the third party discovery be filed on November 16, 2026.

Respectfully Submitted,

MID-AMERICA CARPENTERS REGIONAL COUNCIL PENSION FUND et al.

By: s/Travis J. Ketterman
TRAVIS J. KETTERMAN

ALLEN PRESTWOOD CONCRETE CONSTRUCTION, INC.

By: s/Todd A. Miller
TODD A. MILLER

Travis J. Ketterman
Attorney for Plaintiffs
McGann Ketterman & Rioux
111 East Wacker Drive, Suite 2300
Chicago, Illinois 60601
312.251.9700
tketterman@mkrlaborlaw.com

Todd A. Miller
Attorney for Defendant
Allocco, Miller & Cahill, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, Illinois 60606
312-675-4325
tam@alloccomiller.com

September 28, 2026