**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Mid−America Carpenters Regional Council Pension Fund, et al.

Plaintiff,

v.

Case No.: 1:26−cv−06114
Honorable Mary M. Rowland

Allen Prestwood Concrete Construction, Inc.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, September 29, 2026:

MINUTE entry before the Honorable Mary M. Rowland: The Court has reviewed the parties' joint status report [17]. Plaintiff to amend pleadings and/or add parties by 11/16/26. The parties propose suspending a discovery schedule for 45 days to see if they can resolve the case. The parties are to submit a joint status report on 11/16/26 regarding the status of settlement. If the matter has not been resolved, the parties shall submit a proposed discovery schedule and indicate whether a settlement conference would be productive. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.