**IN THE UNITED STATES DISTRICT COURT**
**FOR THE NORTHERN DISTRICT OF ILLINOIS**
**EASTERN DIVISION**

| | | |
|---|---|---|
| MID-AMERICA CARPENTERS REGIONAL COUNCIL PENSION FUND et al | ) | |
| | ) | CIVIL ACTION |
| Plaintiffs, | ) | Case No. 26 cv 6114 |
| v. | ) | Judge Mary M. Rowland |
| ALLEN PRESTWOOD CONCRETE CONSTRUCTION, INC. | ) | |
| Defendant. | ) | |

**STATUS REPORT**

Now come the Plaintiffs, by and through their attorney Travis J. Ketterman of McGann Ketterman & Rioux, and the Defendant, by its attorneys Todd A. Miller and Kathleen M. Cahill of Allocco, Miller & Cahill, P.C., to provide this status report pursuant to this Honorable Court's September 29, 2026 Order:

1. The complaint was filed to collect the $177,134.39 in discrepancies identified in the audit of the Defendant's books and records for the period of July 1, 2022 through September 30, 2024.

2. The parties continue to discuss possible adjustments to the audit report that are integral to the underlying settlement discussions.

3. The parties are making progress and request another 45 days to complete these settlement discussions.

4. A judicial settlement conference is not requested at this time.

5. The parties suggest a written status report be filed on December 29, 2026.

Respectfully Submitted,

MID-AMERICA CARPENTERS REGIONAL COUNCIL PENSION FUND et al.

By: s/Travis J. Ketterman
TRAVIS J. KETTERMAN

ALLEN PRESTWOOD CONCRETE CONSTRUCTION, INC.

By: s/Todd A. Miller
TODD A. MILLER

Travis J. Ketterman
Attorney for Plaintiffs
McGann Ketterman & Rioux
111 East Wacker Drive, Suite 2300
Chicago, Illinois 60601
312.251.9700
tketterman@mkrlaborlaw.com

Todd A. Miller
Attorney for Defendant
Allocco, Miller & Cahill, P.C.
20 N. Wacker Drive, Suite 3517
Chicago, Illinois 60606
312-675-4325
tam@alloccomiller.com

November 16, 2026