**UNITED STATES DISTRICT COURT**
**FOR THE Northern District of Illinois − CM/ECF NextGen 1.9 (rev. 1.9)**
**Eastern Division**

Mid−America Carpenters Regional Council Pension Fund, et al.

Plaintiff,

v.

Case No.: 1:26−cv−06114
Honorable Mary M. Rowland

Allen Prestwood Concrete Construction, Inc.

Defendant.

## NOTIFICATION OF DOCKET ENTRY

This docket entry was made by the Clerk on Tuesday, November 17, 2026:

MINUTE entry before the Honorable Mary M. Rowland: The Court has reviewed the parties' joint status report [19]. The parties request another 45 days to complete their settlement discussions. On 1/5/27 the parties are to file a joint status report updating the Court on settlement, or if no settlement has been reached, proposing a discovery schedule. Mailed notice. (jg, )

**ATTENTION:** This notice is being sent pursuant to Rule 77(d) of the Federal Rules of Civil Procedure or Rule 49(c) of the Federal Rules of Criminal Procedure. It was generated by CM/ECF, the automated docketing system used to maintain the civil and criminal dockets of this District. If a minute order or other document is enclosed, please refer to it for additional information.

For scheduled events, motion practices, recent opinions and other information, visit our web site at ***www.ilnd.uscourts.gov***.